**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: STEPHEN LAW,<br>*Debtor*, | No. 09-60046<br><br>BAP No.<br>09-1077-PaMkH |
| STEPHEN LAW,<br>*Appellant*,<br><br>v.<br><br>ALFRED H. SIEGEL, Chapter 7<br>Trustee,<br>*Appellee*. | ORDER |

On Remand from the United States Supreme Court

Filed April 23, 2014

Before:  Harry Pregerson, Sidney R. Thomas,
and Richard A. Paez, Circuit Judges.

**ORDER**

Pursuant to the opinion of the Supreme Court in *Law v. Siegel*, 134 S. Ct. 1188 (2014), we vacate our disposition at 435 F. App'x 697 (9th Cir. 2011), reverse the Bankruptcy Appellate Panel's and bankruptcy court's decisions, and

remand to the Bankruptcy Appellate Panel with instructions to remand to the bankruptcy court for further proceedings consistent with the opinion of the Supreme Court.